## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 21-42321 |
| Tara Lynn Siegle, | Chapter 7 |
| Debtor. | |

## RESPONSE TO THE ACTING UNITED STATES TRUSTEE'S BRIEF

The United States Trustee ("UST") filed a response to Solvent's brief (DE #25) declining to take a position on issues 2a.-c., and 2e.-i from the Court's Order for Supplemental Briefing and clarified its position on the reasonableness inquiry contained in Section 329(b). Solvent agrees with the UST that the Court should analyze reasonableness under Section 329(b) on a case-by-case basis.

THEREFORE, Solvent renews its request to approve its application for attorney fees under its bifurcation agreement.

**Dated: March 15, 2022**              /e/ *Jeffrey J. Bursell*

                                                        Jeffrey J. Bursell         #0293362
                                                        SOLVENT PLLC
                                                        2223 5TH St.
                                                        P.O. Box 10860
                                                        St. Paul, MN 55110-3024
                                                        651.374.8881

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Bky No. 21-42321 |
| Tara Lynn Siegle, | Chapter 7 |
| Debtor. | |

**UNSWORN CERTIFICATE OF SERVICE**

The undersigned states under penalty of perjury that on March 15, 2022, she electronically filed the Response to the Acting United States Trustee's Brief, thereby generating electronic service upon all entities registered as CM/ECF users in this case.

Dated:  March 15, 2022                                                  Signed: /e/ Trish Wolter
                                                                                                            Paralegal